UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00474-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JUAN MORALES, a/k/a Eduardo Juan Barrios-Gomez,

    Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition, [ECF No. 12], was filed in the above matter on December 5, 2011.   A Change of Plea hearing is set for **Thursday, February 2, 2012 at 1:30 p.m.** Accordingly the trial set for January 24, 2012 is **VACATED**.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**   If the documents are not timely submitted, the hearing will be **VACATED**.   **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: December 6, 2011